The judgment is affirmed pursuant to Rule 84.16(b).

∎

**Anthony E. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 80268.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 24, 2002.

Kent Denzel, Assistant Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., CHARLES B. BLACKMAR, SR.J.

*ORDER*

PER CURIAM.

Anthony E. Williams appeals the judgment denying his petition to withdraw his guilty plea pursuant to Rule 24.035. We have reviewed the briefs of the parties and the record on appeal and find the judgment is not clearly erroneous. A detailed opinion would be of no precedential value.